**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 16 20__ ★

**BROOKLYN OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JEFFREY YOUNG,

                  Petitioner,

    -against-

MICHAEL MCGINNIS,

                  Respondent.

------------------------------------------------------------x

MEMORANDUM, ORDER
AND JUDGMENT
98 CV 281 (JBW)
(Consolidated with 98-89)

JACK B. WEINSTEIN, Senior United States District Judge

Counsel are reminded that in preparation for the January 24, 2006 hearing on evidence and law, any state trial or appellate attorney who can throw any light on the adequacy of their state representation being questioned in these proceedings should be subpoenaed. Affidavits and letters will be reviewed, but the Court of Appeals for the Second Circuit prefers testimony.

Both the Booker and Graham murders will be considered.

Petitioner will be present by telephone.

If a witness or written evidence not yet supplied is to be offered, detailed notice of the proposed testimony or evidence should be furnished to the court and opposing counsel at least ten days before the hearing.



The court emphasizes once again the need to promptly complete this long pending case.

The court appreciates the assistance of counsel and petitioner.


SO ORDERED.


Jack B. Weinstein
Senior United States District Judge

Dated: December 14, 2005
      Brooklyn, N.Y.