UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ FEB 28 2006 ★
BROOKLYN OFFICE

JEFFREY YOUNG,

                Petitioner,

JUDGMENT
98-CV-0281 (JBW)

-against-

M.P. MCGINNIS, SUPERINTENDENT OF
SOUTHPORT CORRECTIONAL FACILITY,

                Respondent.
---------------------------------------------------------------X

A Memorandum and Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on February 24, 2006, denying the consolidated petition for a writ of habeas corpus; granting a Certificate of Appealability in the Booker case on the issue of whether an accomplice charge should have been given; and granting a Certificate of Appealability in the Graham murder case on the use of details of the uncharged robbery and other bad acts; it is

ORDERED and ADJUDGED that the consolidated petition for a writ of habeas corpus is denied; that a Certificate of Appealability is granted in the Booker case on the issue of whether an accomplice charge should have been given; and that a Certificate of Appealability is granted in the Graham murder case on the use of details of the uncharged robbery and other bad acts.

Dated: Brooklyn, New York
       February 24, 2006

                                              ROBERT C. HEINEMANN
                                              Clerk of Court